IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION ) | |
| ) | |
| GLENDA R. DUNLAP, Individually and as ) <br> Personal Representative of the Estate of ) <br> JAMES E. DUNLAP, et al., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 19-1009 (MN) (SRF) |
| ) | |
| v. ) | |
| ) | |
| A.O. SMITH WATER PRODUCTS ) <br> COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 2nd day of August 2021:

WHEREAS, on July 16, 2021, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 110) in this action, recommending that the Court grant the motion for summary judgment of Defendant Crane Co. (D.I. 101); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period for the above motion, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED. The Motion for Summary Judgment of Defendant Crane Co. (D.I. 101) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Crane Co. and against Plaintiffs Glenda R. Dunlap, Individually and as Personal Representative of the Estate of James E. Dunlap, Deceased, Tiffiney Dunlap, Dianna Smith, Derrick Dunlap, and Derrick Mack.

_____
The Honorable Maryellen Noreika
United States District Judge